## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2010–0433.   State ex rel. Striker v. Smith.
Richland App. No. 2008–CA–0336, 2010-Ohio-457.

2010–1050.   Commercial Real Estate Financing II, L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–M–106.

2010–1841.   State ex rel. George v. Indus. Comm.
Franklin App. No. 09AP–1099, 2010-Ohio-4320.

2010–1916.   HealthSouth Corp. v. Testa.
Board of Tax Appeals, No. 2005–A–1386.

2010–2283.   State ex rel. Levine v. Buehrer.
In Mandamus.

# CASE ANNOUNCEMENTS

*February 14, 2011*

[Cite as *02/14/2011 Case Announcements*, 2011-Ohio-646.]

## DISCIPLINARY CASES

2004–1407.   Disciplinary Counsel v. Nagorny.
On January 14, 2011, respondent, Edward Jerry Nagorny, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R.V(9)(D) and with its order, dated December 4, 2008, in which the court reinstated respondent and placed him on a two-year monitored probation.

On consideration thereof, it is ordered by this court that the probation of respondent, Edward Jerry Nagorny, Attorney Registration No. 0043882, last known business address in Seven Hills, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

# CASE ANNOUNCEMENTS

*February 15, 2011*

[Cite as *02/15/2011 Case Announcements*, 2011-Ohio-672.]